IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALBERTO TREJO, <br> AIS 266435, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER K. FAIR, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:24-CV-269-RAH-KFP <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On July 11, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 9.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that:

1. The United States Magistrate Judge's Recommendation (Doc. 9) is ADOPTED.

2. Plaintiff's Complaint is DISMISSED with prejudice prior to service under 28 U.S.C. § 1915(e)(2)(B)(i).

Final Judgement will be entered separately.

DONE, on this the 31st day of July 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE